AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

EASTERN DISTRICT OF VIRGINIA

07-419-M-03

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| BRANDON LEE WILLIAMS | CASE NUMBER: Case No. 1:07mj 767 |

To: The United States Marshal
and any Authorized United States Officer

FILED
AUG 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest __BRANDON LEE WILLIAMS__
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

on or about August 16, 2007, in Arlington County, Virginia, in the Eastern District of Virginia, transporting in interstate commerce stolen firearms, knowing and having reasonable cause to believe that the firearms were stolen, and aiding and abetting the same

in violation of Title __18__ United States Code, Section(s) __922(i) & 2__

| Barry R. Poretz | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ [signature] | August 20, 2007  Alexandria, VA |
| Signature of Issuing officer | Date and Location |

Bail fixed at $ _____   by _____
                                              Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 8/22/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | Anthony Santoro  DUSM | Anthony Santoro |

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**EASTERN** DISTRICT OF **VIRGINIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 07-419-M- |
| ) | |
| V. ) | CRIMINAL COMPLAINT |
| HASSAN ZAID ABDELQADER ) | |
| ) | Case No. 1:07mj 767 |
| JOSEPH MICHAEL MCGHEE ) | |
| ) | **FILED** |
| BRANDON LEE WILLIAMS, ) | |
| (Name and Address of Defendant) | AUG 2 2 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

FILED
AUG 2 0 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 16, 2007**, in **Arlington County**, Virginia, in the **Eastern** District of **Virginia** defendant(s) did, (Track Statutory Language of Offense)

transport in interstate commerce stolen firearms, knowing and having reasonable cause to believe that the firearms were stolen, and aiding and abetting the same

in violation of Title **18** United States Code, Section(s) **922(i) & 2**

I further state that I am a(n) **Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent** and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Aaron R. Ybarra
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Reviewed by:
AUSA - Michael E. Rich
Sworn to before me and subscribed in my presence,

August 20, 2007                at     Alexandria, Virginia
Date                                  City and State

Barry R. Poretz
Name & Title of Judicial Officer                    Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
AUG 20 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 1:07mj 767 |
| | ) |
| v. | ) |
| | ) |
| HASSAN ZAID ABDELQADER | ) |
| | ) |
| JOSEPH MICHAEL MCGHEE | ) |
| | ) |
| BRANDON LEE WILLIAMS, | ) |
| | ) |
| Defendants | ) |

### AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Aaron R. Ybarra, having been duly sworn, depose and state as follows:

#### I. Agent's Background and Experience

1. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since July 2001. I am currently assigned to the Washington, D.C., metropolitan area HIDTA Task Force and have attended numerous schools and training venues hosted by ATF, HIDTA, and the Department of Justice, dealing in various techniques of investigating firearm and narcotics related crime. Since becoming a Special Agent with the ATF, I have taken part in numerous federal, state and local firearm related investigations involving firearms traffickers, armed narcotic traffickers, armed robbery, felons in possession of firearms and ammunition and the use of firearms in furtherance of drug trafficking crimes.

2. As a result of these firearm related investigations, your affiant has taken part in the preparation, presentation and execution of over 100 search and arrest warrants in Washington, DC, and the surrounding metropolitan area, which have resulted in the recovery of firearms and firearm boxes, firearm magazines, firearm holsters, firearm parts, firearm safes, firearm cleaning kits, ammunition and boxes of ammunition, ammunition casings, ammunition pouches, ballistic vests, photographs of firearms and individuals with firearms, and documentary evidence indicative of firearms possession and violations.

## II. The Affidavit

3. This affidavit is in support of a complaint charging **HASSAN ZAID ABDELQADER** ("ABDELQADER"), **JOSEPH MICHAEL MCGHEE** ("MCGHEE") and **BRANDON LEE WILLIAMS** ("WILLIAMS") with transporting in interstate commerce stolen firearms, knowing or having reasonable cause to know that the firearms were stolen, and aiding and abetting the same, in violation of 18 U.S.C. §§ 922(i) & 2.

4. I have participated in the investigation of these offenses. The facts and information contained in this affidavit are based upon my personal knowledge, information obtained from federal, state, and local law enforcement officers and information obtained from interviews and analysis of reports. All observations referenced in this affidavit that were not made by me were related to me by the person who made such

2

observations. Unless specifically indicated, all conversations and statements described in this affidavit are related in substance and in part only and are not intended to be a verbatim recitation of such statements. Additionally, wherever in this affidavit I quote statements made by another individual, those quotations have been taken from draft transcripts or summaries of those statements and are subject to further revision.

5. Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint and arrest warrants, it is not intended to include each and every fact observed by me or known to the government. I have set forth only those facts necessary to support probable cause.

### III. Background

6. On or about August 7, 2007, Dominion Arms, a federal firearms licensee (FFL) located at 7549 Centerville Road in Manassas, Virginia, reported to law enforcement agencies that unknown persons broke and entered the business after regular business hours and removed without authorization approximately twenty (20) firearms. Among the firearms taken was a Beretta .22 caliber semi-automatic pistol, serial number B79969.

7. Beginning in early August 2007, ATF agents developed credible information concerning the location of firearms that were stolen from Dominion Arms on August 7, 2007, as well as others stolen from a federal firearms licensee in Washington, Virginia on July 20, 2007. That investigation revealed that

3

three individuals, **ABDELQADER** and two individuals known only as "Joey" and "Brandon" were potentially in possession of firearms stolen from these locations. Investigation also revealed that these individuals would be driving a red SUV with Virginia license plates, and that these individuals had previously sold firearms in the District of Columbia.

### IV. Probable Cause

8. Based on this information, members of the ATF conducted a stop of a red 2003 Ford Expedition on August 16, 2007, at 9:30 p.m. in the 600 Block of Randle Place SE, Washington, DC. Shortly before arriving in Washington, D.C, **ABDELQADER** spoke by cellular telephone to a cooperating witness and told him that he and his companions were at the Pentagon, which I know to be in Arlington County, in the Eastern District of Virginia. During the course of this stop, ATF agents observed, in plain view, the handle of a firearm in the back pocket of the front passenger seat. Investigators identified the driver of the vehicle as **JOSEPH MICHAEL MCGHEE**, the front passenger as **HASSAN ZAID ABDELQADER**, and the right rear passenger as **BRANDON LEE WILLIAMS**. The vehicle was subsequently searched. The search revealed a Taurus Model 817 .38 caliber revolver, serial number A04?3982, in the back pocket of the front passenger seat. In addition, investigators found a Beretta .22 caliber semi-automatic pistol, serial number F79968, under the right front passenger seat. The serial numbers from the Taurus revolver matched the serial number

4

of a weapon stolen from the federal firearms dealer in Washington, VA. The serial number from the Beretta matched the serial number of a weapon stolen from the Manassas, Virginia store.

9. ABDELQADER, MCGHEE, and WILLIAMS were transported to the ATF office in Northwest, Washington, D.C., where they were advised of their Miranda rights in the presence of other agents. All three defendants waived their rights and gave statements. ABDELQADER admitted to purchasing weapons from an individual known to him as "White Boy" on numerous occasions. On each occasion, the two met in Virginia. During one of these purchases, "White Boy" asked for a higher price than he had in previous transactions. When he did so, he told ABDELQADER, "Did you see the news last night?" and "I didn't get these alone." ABDELQADER later observed a television news broadcast concerning the Manassas, Virginia, Dominion Arms burglary and thought he recognized "White Boy" in surveillance video footage from the burglary. Shortly after that, ABDELQADER told MCGHEE and WILLIAMS that he had seen the surveillance video and thought that the firearms were stolen. MCGHEE and WILLIAMS each admitted to purchasing firearms from "White Boy."

10. I have identified "White Boy" as an individual known as Michael Wayne Lewis II. I showed ABDELQADER, MCGHEE and WILLIAMS a Virginia DMV photograph of Lewis, and they identified him as the person they knew as "White Boy," from whom they had purchased

5