*✱ Forthwith*

AO 94 (Rev. 8/85)  Commitment to Another District

**FILED**

AUG 2 2 2007

# United States District Court
## for the _____ DISTRICT OF _____ Columbia

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

*Brandon Lee Williams*

## COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: *07-419M-03*

The defendant is charged with a violation of ___*18*___ U.S.C. ___*922*___ alleged to have been committed in the ___*Eastern*___ District of ___*Virginia, Alexandria*___

Brief Description of Charge(s):

*Transporting Stolen Firearms*

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL .

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_____*August 22, 2007.*_____
Date

_____ *[signature]* _____
Judicial Officer

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

